1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DERON C. LAWRENCE,<br><br>    Petitioner<br><br>    v.<br><br>JOHN SOTO,<br><br>    Respondent. | Case No. 2:15-cv-02931-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) the Petition is DENIED; and

///

///

1  (2) Judgment shall be entered dismissing this action with prejudice.

3  **IT IS SO ORDERED.**

6  DATE: November 04, 2016   _____
   JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

2