UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON C. LAWRENCE,<br><br>Petitioner<br><br>v.<br><br>JOHN SOTO,<br><br>Respondent. | Case No. 2:15-cv-02931-JVS (GJS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: November 04, 2016  _____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE